■ In the Matter of CHAQUOYA J., a Person Alleged to be a Juvenile Delinquent, Appellant. [791 NYS2d 824]—

Order of disposition, Family Court, Bronx County (Harold J. Lynch, J.), entered on or about November 12, 2003, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that she committed an act which, if committed by an adult, would constitute the crime of assault in the third degree, and placed her on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility, including its resolution of conflicting testimony (*see People v Gaimari*, 176 NY 84, 94 [1903]). We note that the victim specifically recalled that appellant was one of the persons who struck her. Concur—Buckley, P.J., Tom, Andrias, Friedman and Sullivan, JJ.

■ SANDRA ROSA, Respondent, v CITY OF NEW YORK, Appellant. [791 NYS2d 824]—Order, Supreme Court, Bronx County (Patricia Anne Williams, J.), entered February 19, 2004, granting petitioner's application to file a late notice of claim, unanimously affirmed, without costs.

Under the circumstances presented, the grant of the application was not an improvident exercise of discretion. Concur—Buckley, P.J., Tom, Andrias, Friedman and Sullivan, JJ.